IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DON WELCH, | CV-18-78-GF-JTJ |
| Plaintiff, | **ORDER** |
| v. | |
| HONEYWELL INTERNATIONAL, INC. d/b/a NOVAR and JOHN DOE DEFENDANTS 1-10, inclusive, | |
| Defendants. | |

The Court has been informed that this case has settled. (Doc. 41.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in the case are **VACATED** and all motions **TERMINATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before **January 3, 2020**, or show good cause for their failure to do so.

DATED this 2nd day of December, 2019.

_____
John Johnston
United States Magistrate Judge